Robert A. Winner, Esq.
Nevada Bar No. 5167
Brent A. Carson, Esq.
Nevada Bar No. 5903
**WINNER & CARSON, P.C.**
510 South Eighth Street
Las Vegas, Nevada 89101
Ph: (702) 471-1111
Fax: (702) 471-0110

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CAROLYN SYVERSEN, an individual, | Case No.: 2:10-cv-1576-RLH-RJJ |
| Plaintiff, | |
| vs. | |
| MULTI-SERVICE LEASING, INC., a Nevada Corporation; DESERT CAB, INC., a Nevada Corporation; DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive, | |
| Defendant. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, that the above-captioned action is to be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this ___ day of ~~February~~ March, 2012.        DATED this 24 day of February, 2012.

**KEMP & KEMP**                                            **WINNER & CARSON, P.C.**

_____                                  _____
JAMES P. KEMP                                              ROBERT A. WINNER
Nevada Bar No. 6375                                        Nevada Bar No. 5167
7435 W. Azure Dr., Suite 110                               510 South Eighth Street
Las Vegas, Nevada 89130                                    Las Vegas, Nevada 89101
*Attorney for Plaintiff, Carolyn Syversen*                 *Attorneys for Defendant, Multi-Service Leasing, Inc.*

SYVERSEN/Pleadings/SODW

1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

IT IS SO ORDERED.

DATED this 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**WINNER & CARSON, P.C.**

ROBERT A. WINNER
Nevada Bar No. 5167
510 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant, Multi-Service Leasing, Inc.*